IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-99-10 (09) |
| | § | CIVIL ACTION NO. G-05-321 |
| JAMES HENDERSON, JR. | § | |

## FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Instrument no. 691) of James Henderson, Jr., is **DISMISSED for lack of jurisdiction.**

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 15th day of June, 2005.

_____
Samuel B. Kent
United States District Judge